United States District Court
Southern District of Texas
ENTERED
NOV 10 2008
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALBERTO RODRIGUEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-07-113 |
| § | |
| THE PICTSWEET COMPANY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on November 10, 2008, the Court entered **FINAL JUDGMENT** in this case.

The parties, Plaintiff Alberto Rodriguez and Defendant the Pictsweet Company, filed a Proposed Final Judgment announcing that they have settled the case. Dkt. No. 51. Counsel for both Plaintiffs and Defendant signed the proposed Final Judgment. *Id.* at 2.

Therefore, the Court enters **FINAL JUDGMENT** in this case for Defendant the Pictsweet Company. Pursuant to the parties' agreement, the Court **ORDERS** that Plaintiff shall take nothing by reason of this lawsuit, that Defendant is discharged, and that each party shall bear its own costs. The District Clerk is instructed to close this case.

DONE at Brownsville, Texas, on November 10, 2008.

_____
Hilda G. Tagle
United States District Judge